TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00504-CR







Andre Dwayne Edmond, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 52600, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Bobby Dale Barina, is ordered to tender a brief in this cause no later than January 30,
2003. No further extension of time will be granted.

It is ordered December 31, 2002. 


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish